IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT STEED,

    Plaintiff,

v.

JULIE STENERSON,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-378-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/      3/2/2018

Peter Oppeneer, Clerk of Court      Date