United States District Court
Western District of Wisconsin

DOC NO
REC'D/FILED

2018 MAR 23 AM 10: 25

PETER OPPEN..
CLERK US DIS. ...
...

ROBERT STEED,
    Plaintiff,

Vs.                                    **Case No. 16-cv-378-jdp**

                                       **Notice of Appeal**

Julie Stenerson,
    Defendant,

---

### PLAINTIFF'S NOTICE OF APPEAL TO SUMMARY JUDGEMENT

---

NOW COMES the plaintiff, Robert Steed, this appeal is under Federal Rules o fCivil Procedure Rule 59, gives notice is hereby given that all parties, as well Plaintiff Robert Steed, and Defendant Julie Stenerson named in the above case, Hereby appeals a Reconsideration to the U.S. Court Of Appeals for the U.S District Court Western District of Wisconsin move this court for leave to file an notice of appeals to the opinion and order of case 2016-cv-378-jdp entered in this action on the 2nd day of March, 2018 The Court previously entered a judgment in the favor of the defendant, dismissing the case. The plaintiff now moves the court of appeals for reconsideration directed the courts again to look at factual events and to redetermine Summary Judgement to the defendant.

Dated this 12th day of March, 2018

*Robert Steed*

Robert Steed #342217
Columbia Correctional Institution
P.O. Box 900
Portage, WI 53901-0900